IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER NICHOLSON,

    Plaintiff,

v.

MIDWEST RECOVERY SYSTEMS, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-109-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Christopher Nicholson against defendant Midwest Recovery Systems, LLC in the amount of $6,500.00.

| s/ K. Frederickson, Deputy Clerk | July 24, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |